**Fill in this information to identify the case:**

Debtor 1     Carol A Thompson

Debtor 2     _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern    District of New York
                                                                                    (State)

Case number    13-61836-6-dd

---

Form 4100R

# Response to Notice of Final Cure Payment                              10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** US Bank Trust National Association, as Trustee of the SCIG Series III Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 9 8 7 3

**Property address:** 149 Beach Street
Number    Street

_____

Massena, NY 13662
City    State    ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    01/ 01/ 2019
                                                                                                MM / DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.    (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:    ___/____/_____
                                                                                                                MM / DD / YYYY

| Debtor 1 | Carol A Thompson | Case number (*if known*) | 13-61836-6-dd |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Richard Postiglione
Signature

Date 01/30/2019

Print: Richard Postiglione
First Name   Middle Name   Last Name

Title: Attorney for Creditor

Company: Friedman Vartolo, LLP

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: 1325 Franklin Avenue, Suite 230
Number   Street

Garden City   NY   11530
City   State   ZIP Code

Contact phone (212) 741 – 5100

Email: bankruptcy@FriedmanVartolo.com

Form 4100R   Response to Notice of Final Cure Payment   page 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

IN RE:

Carol A Thompson,

Debtor.

CASE NO.: 13-61836-6-dd

CHAPTER: 13

HON. JUDGE.: Diane Davis

-------------------------------------------------------------X

## CERTIFICATE OF SERVICE

On  January 30, 2019 , 2019, I served a true copy of the annexed **RESPONSE TO NOTICE OF FINAL CURE PAYMENT** by mailing the same by First Class Mail in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee, and the property address as indicated on the attached Service List annexed hereto.

By: /s/ Richard Postiglione

FRIEDMAN VARTOLO LLP

1325 Franklin Avenue, Ste. 230

Garden City, New York 11530

T: (212) 471-5100

F: (212) 471-5150

## **S**ERVICE **L**IST

Carol A Thompson
149 Beach Street
Massena, NY 13662
***Debtor***

Neil Tarak Bhatt
Bhatt Law Firm
536 State Street
Ogdensburg, NY 13669
***Debtor's Attorney***

Mark W. Swimelar-Trustee
250 South Clinton Street
Suite 203
Syracuse, NY 13202
***Trustee***

U.S. Trustee
Office of the U.S. Trustee
10 Broad Street,
Room 105
Utica, NY 13501
***U.S. Trustee***